UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : CRIMINAL 18-229(BRM)-01

vs. ORDER APPOINTING FEDERAL
PUBLIC DEFENDER

BRIAN PHELPS

RECEIVED
MAY - 1 2018
AT 8:30_____M
WILLIAM T. WALSH CLERK

The financial inability of the defendant to retain counsel having been established by the court, and the defendant not having waived the appointment of counsel, and for good cause shown; it is on this 1st day of May, 2018,

ORDERED that the Federal Public Defender Organization for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of this court.

BRIAN R. MARTINOTTI
United States District Judge